AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| In the Matter of the Search of | ) | **UNDER SEAL** | FILED |
|---|---|---|---|

*(Briefly describe the property to be searched or identify the person by name and address)*

danny058305

FROM MARCH 1, 2025, THROUGH PRESENT THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC.

Case No. 4:25sw36

APR 2 8 2025

CLERK U.S. DISTRICT COURT
NEWPORT NEWS, VA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC § 2422(b) | Coercion and Enticement |

The application is based on these facts:

See affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

REVIEWED AND APPROVED:

_____

Devon E.A. Heath

Assistant United States Attorney

_____
*Applicant's signature*

SA Caroline Robinson, NCIS

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   04/28/2025

_____
*Judge's signature*

City and state:  Newport News, Virginia

The Honorable Douglas E. Miller, US Magistrate Judge

*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Discord account "danny058305" from March 1, 2025, through present, that is stored at premises owned, maintained, controlled, or operated by Discord, Inc. headquartered at 444 De Haro Street, Suite 200, San Francisco, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Discord, Inc. ("Discord")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or other information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Discord is required to disclose the following information to the government for each account or identifier listed in Attachment A:

A.     All business records and subscriber information, in any form kept, pertaining to the account, including:

1.     Identity and contact information (past and current), including full name, e-mail addresses, physical address, date of birth, phone numbers, gender, hometown, occupation, websites, and other personal identifiers;

2.     All Discord usernames (past and current) and the date and time each username was active, all associated Discord accounts (including those linked by machine cookie), and all records or other information about third-party websites, and mobile apps (whether active, expired, or removed);

3.     Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

4.     Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers;

5.     All advertising information, including advertising IDs, ad activity, and ad topic preferences;

6.     Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, **from March 1, 2025, to present;**

7.     Privacy and account settings, including change history; and

8.     Communications between Discord and any person regarding the account, including contacts with support services and records of actions taken;

B.    All content (whether created, uploaded, or shared by or with the account), records, and other information relating to videos (including live videos), images, stories and archived stories, past and current bios and profiles, posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows, followed hashtags, shares, invitations, and all associated logs and metadata, **from March 1, 2025, to present;**

C.    All content, records, and other information relating to communications sent from or received by the account **from March 1, 2025, to present,** including but not limited to:

    1.    The content of all communications sent from or received by the account, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content if available;

    2.    All records and other information about direct, group, and disappearing messages sent from or received by the account, including dates and times, methods, sources and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot);

    3.    All records and other information about group conversations and video chats, including dates and times, durations, invitations, and participants (including usernames, account numbers, and date and time of entry and exit); and

    4.    All associated logs and metadata;

D.    All content, records, and other information relating to all other interactions between the account and other Discord users **from March 1, 2025, to present,** including but not limited to:

    1.    Interactions by other Discord users with the account or its content, including posts, comments, likes, tags, follows (including unfollows, approved and denied follow requests, and blocks and unblocks), shares, invitations, and mentions;

    2.    All users the account has followed (including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the account;

    3.    All contacts and related sync information; and

    4.    All associated logs and metadata;

E.    All records of searches performed by the account **from March 1, 2025, to present;** and

F.    All location information, including location history, login activity, information geotags, and related metadata **from March 1, 2025, to present.**

Discord is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. § 2422(b) regarding coercion and enticement, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

A.    All electronic communication regarding children engaging in sexually explicit conduct;

B.    All communications with potential minors involving sexual topics or in an effort to seduce or groom the minor;

C.    All communication with minors using actual or potential threatening, coercive, or harassing language;

D.    All images and videos of minors engaging in sexually explicit or sexually suggestive conduct;

E.    All images and videos of the user(s) of the accounts;

F.    Evidence indicating how and when the accounts were accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

G.    Evidence indicating the account owner and/or user's state of mind as it relates to the crime under investigation;

H.   The identity of the person(s) who created or used the account, including records that help reveal the whereabouts of such person(s).

I.   The identity of the person(s) who communicated with the account holder about matters relating to the enticement of a minor, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, NCIS may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
**Newport News Division**

FILED

APR 2 8 2025

CLERK U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DISCORD ACCOUNT "danny058305" | CASE NO. 4:25sw36 |
| FROM MARCH 1, 2025, THROUGH PRESENT THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC. | **FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

**INTRODUCTION AND AGENT BACKGROUND**

I, Caroline Robinson, being duly sworn, hereby depose and state:

1.    I am a Special Agent with the Naval Criminal Investigative Service ("NCIS") and have been employed in this capacity since November 2021. During my tenure as a special agent, I have completed approximately 900 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia. I attended both the Criminal Investigator Training Program and Special Agent Basic Training Program where I received training in areas including civilian criminal law, the Uniform Code of Military Justice ("UCMJ"), interviews and interrogations, crime scene processing, defensive tactics, and various investigative techniques. I have received specialized Internet Crimes against Children ("ICAC") training, and am responsible for investigating crimes which include, but are not limited to, child exploitation and child pornography. During my employment as a federal law enforcement officer, I have worked numerous criminal investigations within state and federal jurisdictions. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. Prior to my tenure as a special agent, I worked as a Forensic Deoxyribonucleic Acid ("DNA") Technologist with Bode Technology in Lorton, Virginia. During this time, I processed casework evidence and references for DNA, assisted with laboratory and equipment maintenance, followed standard operating procedures, and recorded all processes in the laboratory information management system. Prior to working at Bode Technology, I received a Bachelor of Science degree in Biology from the University of Virginia, Charlottesville, Virginia, and a Master's degree in Forensic Science in the field of Forensic Molecular Biology from the George Washington University, Washington, DC.

1

2.      The information set forth in this affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement agents. Thus the statements in this affidavit are based in part on information provided to Special Agents ("SAs") and other employees of NCIS, as well as other investigators employed by federal or state governments. I have participated in investigations involving persons who collect and distribute child pornography, as defined in 18 U.S.C. § 2256(8), and the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the areas of child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

3.      In the course of my employment as a sworn law enforcement officer, I have participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, cellular devices, electronic media, and other items evidencing violations of state and federal laws.

4.      This affidavit is made in support of an application for a search warrant for:

a.   Information associated with Discord, Inc. ("Discord") account "danny058305" that is stored at premises owned, maintained, controlled, or operated by Discord, an electronic communications service and/or remote computing service provider headquartered at 444 De Haro Street, Suite 200, San Francisco, California ("**SUBJECT ACCOUNT**"). The information to be searched is described in the following paragraphs and in Attachment A.

5.      This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord to disclose to the Government records and other information in its possession, pertaining to the subscriber or customer associated with the accounts, including the contents of communications.

6.      This affidavit is based upon information that I have gained from my investigation, my training and experience, and conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities (described in Attachment B) of violations of 18 U.S.C. § 2422(b), and are within the information associated with the account mentioned above.

2

## LEGAL AUTHORITY

### A. Pertinent Criminal Statutes

7.    This investigation concerns alleged violation of 18 U.S.C. § 2422(b) regarding coercion and enticement.

8.    18 U.S.C. § 2422(b) prohibits a person, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, from knowingly persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

### B. Other Legal Authority

9.    The legal authority for this search warrant application regarding the **SUBJECT ACCOUNT** is derived from 18 U.S.C. §§ 2701-2711, entitled "Stored Wire and Electronic Communications and Transactional Records Access." Section 2703(a) provides in relevant part as follows:

> A governmental entity may require the disclosure by a provider of electronic communication service of the contents of an electronic communication that is in electronic storage in an electronic communications system for one hundred and eighty days or less, only pursuant to a warrant issued under the Federal Rules of Criminal Procedure or equivalent State warrant. A governmental entity may require the disclosure by a provider of electronic communications services of the contents of an electronic communication that has been in electronic storage in an electronic communications system for more than one hundred and eighty days by the means available under subsection (b) of this section.

10.    18 U.S.C. § 2703(b) provides in relevant part as follows:

> (1) A governmental entity may require a provider of remote computing service to disclose the contents of any electronic communication to which this paragraph is made applicable by paragraph (2) of this subsection –

> > (A) without required notice to the subscriber or customer, if the governmental entity obtains a warrant issued under the Federal Rules of Criminal Procedure or equivalent State warrant.

3

(2) Paragraph (1) is applicable with respect to any electronic communication that is held or maintained on that service –

    (A) On behalf of, and received by means of electronic transmission from (or created by means of computer processing of communications received by means of electronic transmission from), a subscriber or customer of such remote computing service; and

    (B) Solely for the purpose of providing storage or computer processing services to such subscriber or customer, if the provider is not authorized to access the contents of any such communications for purposes of providing any services other than storage or computer processing.

11.    The government may also obtain records relating to e-mail communications, such as subscriber identifying information, by way of a search warrant. 18 U.S.C. § 2703(c)(1)(A).

12.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3), 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Discord accepts out-of-state and out-of-district service of subpoenas, court orders, and search warrants by fax without the presence of a law enforcement officer. Accordingly, your affiant will execute the requested search warrant by facsimile to the custodian of records at Discord and permission is requested for the data to be copied / obtained outside of the presence of a law enforcement officer. It is anticipated that Discord will produce the requested records in electronic format accompanied by a signed authentication letter via E-mail or on electronic media via U.S. Mail to your affiant.

13.    This investigation involves offenses within the jurisdiction and proper venue of the United States District Court for the Eastern District of Virginia, as more fully articulated below. *See* 18 U.S.C. § 3237(a); see also 18 U.S.C. §§ 3231 and 3232. *See United States v. Bagnell*, 679 F.2d 826, 830 (11th Cir. 1982) (venue is proper in child pornography and obscenity prosecution in district where images were either distributed or received).

### DEFINITIONS

14.    The terms "records," "documents," and "materials" include all information recorded in any form, including the originals and all non-identical copies thereof, whether different from the original by reason of any notation made on such copies or otherwise, including, but not limited to the following:

    a. graphic records or representations;
    b. photographs;
    c. pictures;
    d. images, and
    e. aural records or representations.

15. The terms "records," "documents," and "materials" include all of the foregoing, in whatever form and by whatever means, the records, documents, or materials, and their drafts, or their modifications may have been created or stored, including (but not limited to): any electrical, electronic, or magnetic form (including but not limited to any information on an electronic or magnetic storage device such as hard disks).

16. The terms "minor" and "sexually explicit conduct" are defined in 18 U.S.C. § 2256(1) and (2). A "minor" is defined as "any person under the age of eighteen years." The term "sexually explicit conduct" means actual or simulated:

    a. Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;
    b. Bestiality;
    c. Masturbation;
    d. Sadistic or masochistic abuse; or
    e. Lascivious exhibition of the genitals or pubic area of any person.

17. The term "computer" as used herein is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

18. The term "Universal Resource Locator" (URL): A URL is the unique address for a file that is accessible on the Internet. For example, a common way to get to a website is to enter the URL of the website's home page file in the Web browser's address line. Additionally, any file within that website can be specified with a URL. The URL contains the name of the protocol to be used to access the file resource, a domain name that identifies the specific computer on the Internet, and a pathname, a hierarchical description that specifies the location of a file in that computer.

19. The term "Internet Protocol Address" (IP Address): This term refers to the fact that every computer or device on the Internet is referenced by a unique Internet Protocol address the same way every telephone has a unique telephone number. An example of an IP address is 192.168.10.102. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. There are two types of IP addresses: static and dynamic. A static address is permanent and never changes, such as ones used in cable modems. The dynamic address changes almost every time the computer connects to the Internet.

5

20. The term "Internet Service Provider" (ISPs): This term refers to individuals who have an Internet account and an Internet-based electronic mail (e-mail) address must have a subscription, membership, or affiliation with an organization or commercial service which provides access to the Internet. A provider of Internet access and services is referred to as an Internet Service Provider or "ISP."

21. "Electronic Communication Service" refers to any service which provides to users thereof the ability to send or receive wire or electronic communications. 18 U.S.C. § 2510(15).

22. "Remote Computing Service" is a service that provides to the public computer storage or processing services by means of an "electronic communications system." 18 U.S.C. § 2711.

23. "Electronic Communications System" means any wire, radio, electromagnetic, photo-optical, or photo-electronic facilities for the transmission of wire or electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications. 18 U.S.C. § 2510(14).

24. "Contents," when used with respect to any wire, oral, or electronic communication, includes any information concerning the substance, purport, or meaning of that communication. 18 U.S.C. § 2510(8).

25. "Electronic storage" means (a) any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and (b) any storage of such communication by an electronic communication service for purposes of backup protection of such communication. 18 U.S.C. § 2510(17).

## BACKGROUND CONCERNING DISCORD

26. Discord, Inc. ("Discord") owns and operates a free-access, all-in-one voice and text chat application and website of the same name that can be accessed at http://www.discordapp.com. In order to use Discord, a user creates an account and uses the account to communicate with other Discord users. When signing up for a Discord account, the user must agree to Discord's Terms of Service, which states: "You agree not to use the Service in order to: violate any applicable laws or regulations, or promote or encourage any illegal activity…"

27. Discord asks users to provide basic content information to Discord, either during the registration process or thereafter. The information may include the user's full name, birthdate, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Discord also assigns a user identification number to each account.

6

28. There are different features a user can access on Discord. Discord users can exchange private messages between users, (i.e., messages that do not appear in any text channel, but which are revealed only to the users participating in the private communication), participate in text chat room discussions, and voice chat. Discord users can also create "servers" which are like message boards, which can only be accessed by users who have an "invitation link." Within these servers, users can set up different "text channels," where users can type written text, upload files under eight megabytes and record these communications. Additionally, within these servers, users can be categorized and given designated roles. Such categorization and designation provide users with different levels of access to the server.

29. Discord retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Discord, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Discord profile, that user's IP log would reflect the fact the user viewed the profile and would show when and from what IP address the user did so.

30. Social networking providers like Discord typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Discord users may communicate directly with Discord about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Discord typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any action taken by the provider or user as a result of the communications.

31. The computers or servers of Discord are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Discord, such as account access information, transaction information, and account activation.

## PROBABLE CAUSE TO SEARCH

32. Between March 20, 2025 and March 22, 2025 NCIS Norfolk conducted a Child Exploitation Operation in Hampton, VA. On March 21, 2025, an NCIS Undercover Agent ("UCA") posing as a fourteen-year-old female made contact with user "BWCinNOVA" on Chatib, an online chatroom. At 3:58PM, "BWCinNOVA" messaged the UCA "hey". While on Chatib, the following messages were exchanged:

a. BWCinNOVA: *stafford here*
UCA: *hampton here*
BWCinNOVA: *yea i go there all the time*
BWCinNOVA: *i have family there*
UCA: *oh cool*
UCA: *im here cause dad is navy*

7

b. BWCinNOVA: *i actually used to date a girl in your area*
BWCinNOVA: *i guess it really wasnt date just see*
UCA: *oh ya,,, thats cool*
UCA: *was that recent*
BWCinNOVA: *couple months ago*
BWCinNOVA: *she was young though*
UCA: *how old*
BWCinNOVA: *19*
UCA: *only a few years older than me*
BWCinNOVA: *yea i know*
BWCinNOVA: *kinda crazy i guess*
BWCinNOVA: *your probably think i go for the young ones which is true i guess*
UCA: *that's cool fr tho*
UCA: *u got discord or telegram*
BWCinNOVA: *ya*
BWCinNOVA: *discord*
BWCinNOVA: *danny058305*
UCA: *sent*

33.     The UCA sent the message "sent" at 4:53PM on March 21, 2025 via Chatib. At 4:54PM, user "danny058305", with the display name "Danny", messaged the UCA on Discord and said "hey!"

34.     While messaging on Discord, danny058305 described an interaction he had with "a friend of [his] daughter." danny058305 wrote, "Yes she was just standing close to me talking. Kinda nervous. Just kept chatting some then she end up touching me", "I got scared but got hard also". danny058305 wrote, "She actually reached down and touched my cock and giggled I was already hard". danny058305 further messaged, "But she jacked me some", "I was so hard", "I wanted to bend her over but I couldn't", and "I went and jacked off when she left". Later in the conversation, danny058305 asked the UCA, "Would you do like that girl did to me?" to which the UCA responded, "I mean if u wanted me 2 I would." danny058305 wrote, "I might do something next time", "Make you take me all the way".

35.     While messaging on Discord, danny058305 stated, "I need my big cock sucked tonight". The UCA responded, "Oh u do huh", to which danny058305 wrote, "Yes badly", "Wish you could help wihthat".

36.     While messaging on Discord, danny058305 revealed he was driving down to Virginia Beach. The UCA and danny058305 discussed having him come to see her. The following messages were exchanged:
a. danny058305: *Look up 8.5 inch dicks then you'll know my size*
UCA: *Wow. Fr. Wow.*

8

> danny058305: *What*
> danny058305: *That's it I measured myself*
> danny058305: *We don't have to do anything it might be too big I'm serious*
> UCA: *Well u said I could put it in my mouth*
> danny058305: *Ok give it a try*
> danny058305: *I won't be forceful*

   b.  danny058305: *Would you let me finger you at least*
> UCA: *Ya for sure*
> danny058305: *Ok*
> danny058305: *I got some big fingers*
> danny058305: *I would love you to at least feel my tip*
> UCA: *U getting condoms then*
> danny058305: *Yes just in case*
> danny058305: *It could happen*
> danny058305: *I might just slide in for you to feel a big dick*
> UCA: *I like that idea fr*
> danny058305: *Ok I will be gentle*
> danny058305: *Because the last young girl I was with she was sore until she got used to it*
> UCA: *Fr... then ur right u need 2 be easy*
> danny058305: *I will*
> danny058305: *Send me a pic babygirl*
> danny058305: *Let me see your body*

   c.  danny058305: *I gotta stop at Walmart*
> UCA: *Ok u still think 1045*
> UCA: *I gotta jump in shower*
> danny058305: *Maybe 1055*
> danny058305: *Because I gotta get condoms*

   d.  UCA: *Im more excited than nervous tho*
> danny058305: *Oh*
> danny058305: *Excited most about what*
> danny058305: *Getting your pussy stretched?*
> UCA: *U did say it would leave me sore hehe*
> danny058305: *If I slide in*
> danny058305: *Grab your hips and pull you towards me*
> danny058305: *From behind*

37.   At 10:35PM, danny0058305 said, ""I'm scared we need to wait until it's light tomorrow." The UCA messaged back, "Boooo" and "U coming". No further messages were exchanged on March 21, 2025.

9

38.   On March 22, 2025, beginning at 9:32AM, the UCA and danny058305 exchanged the following messages:

a.   danny058305: *Hey sorry I just can't meet someone your age in the middle of the night*
danny058305: *It's criminal*
UCA: *Ok u just ghosted me tho*
danny058305: *I know just got nervous*
UCA: *Idk y*
danny058305: *Cause u 14*
danny058305: *And that's rape*

39.   During the conversation on Discord, danny058305 sent images of himself to the UCA. Utilizing these images, danny058305 was preliminarily identified as Aric Jason Brian DEAN ("DEAN"). DEAN is a retired United States Army Sergeant and is currently a United States Marine Corps Government Contractor, living in Stafford, VA. While messaging on Chatib, BWCinNOVA stated, "stafford here" and "yea i supply chain management for the marine corps". While messaging on Discord, danny058305 stated, "I work on quantico".

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

40.   I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Discord to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

41.   Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that the Discord account, registered to the **SUBJECT ACCOUNT** contain evidence relating to violation of 18 U.S.C. §2422(b) regarding coercion and enticement and that the following property, evidence, fruits and instrumentalities of these offenses are located within the **SUBJECT ACCOUNT** and stored on computers maintained by Discord.

42.   Your Affiant, therefore, respectfully requests that the attached warrant be issued authorizing the search of the Discord account registered to the **SUBJECT ACCOUNT** that is stored at the premises owned, maintained, controlled, and/or operated by Discord Inc. headquartered at 444 De Haro Street, Suite 200, San Francisco, California. Authorizing the search and seizure of the items described in Attachment B.

43.   Further, because the warrant for the location described in Attachment A will be served on Discord electronically or by mail, who will then compile the requested records at a time

10

convenient to it, reasonable cause exists to permit the execution of the requested warrants at any time in the day or night.

_____
Caroline Robinson
Special Agent
Naval Criminal Investigative Service

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Devon Heath.

Reviewed:        _____
Devon Heath
Assistant United States Attorney

Subscribed and sworn to before me this 28th day of April 2025, in the City of Newport News, Virginia.

_____
Douglas E. Miller
UNITED STATES MAGISTRATE JUDGE

11